# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00866-CR

**Dayanara Baker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY,
### NO. CR2018-778D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Dayanara Baker, acting pro se, filed a notice of appeal on October 29, 2025, but the clerk's record does not contain the trial court's certification of her right of appeal. *See* Tex. R. App. P. 25.2(d) ("If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal under Rule 25.2(a)(2)."). The Comal County district clerk filed a letter informing this Court that the record of this cause contains no trial court certification.

Accordingly, we abate this appeal and remand the cause to the trial court for entry of a certification of Baker's right of appeal. *See id.* R. 25.2(a)(2), 44.4. A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than January 9, 2026. *See id.* R. 34.5(c)(2).

It is ordered on December 10, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated and Remanded

Filed:   December 10, 2025

Do Not Publish